**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Sousa, | ) | No. CV 12-00334-PHX-FJM |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| Wells Fargo, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff has filed an ex parte application for temporary restraining order to enjoin the trustee's sale of his house scheduled for today, March 22, 2012 (doc. 17). He did not file this order until March 21, 2012, yet inexplicably requests action by March 20. Plaintiff previously filed an expedited ex parte motion for temporary restraining order on February 17, 2012 (doc. 5). Because defendants' untimely removal deprived the parties of a scheduled hearing in state court, we held a conference on February 21, 2012, and granted temporary relief. We construed plaintiff's motion as an application for preliminary injunctive relief and set a briefing schedule. At a preliminary injunction hearing held March 7, 2012, we denied plaintiff's motion for preliminary injunctive relief for the reasons stated on the record and vacated the temporary restraining order. Nothing has changed since that time. For the reasons stated on the record at the March 7 hearing,

/ / /

1 **IT IS ORDERED DENYING** plaintiff's application for temporary restraining order (doc. 17).

DATED this 22nd day of March, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -